IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORBIN LEROY YOUNG<br><br>    Plaintiff,<br><br>v.<br><br>FANNIE MAE / FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>    Defendant. | Case No. _____ |

# NOTICE OF REMOVAL

COMES NOW, Federal National Mortgage Association ("Fannie Mae"), Defendant in the above-styled civil action, and files this Notice of Removal, hereby removing this action to the United States District Court for the Northern District of Georgia, Atlanta Division. Fannie Mae states the following grounds in support of removal:

1. On November 12, 2024, Corbin Leroy Young ("Plaintiff") filed his Complaint against Fannie Mae in the Superior Court of Fulton County, Georgia. This case is styled as *Corbin Leroy Young v. Fannie Mae / Federal National Mortgage Association* and was assigned Case No. 24CV014329 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are, collectively, attached hereto as **Exhibit "A"**.

1

Fannie Mae Confidential

2. Fannie Mae has not been properly served with the Complaint.[1] As such, removal is timely under 28 U.S.C. § 1446(b)(1).

3. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c). In compliance with 28 U.S.C. § 1446(d), Fannie Mae will, upon docketing of the Notice of Removal in this Court, file a copy of the Notice of Removal with the Clerk of the Superior Court of Gwinnett County, Georgia.

## FEDERAL QUESTION JURISDICTION

5. This Court possesses federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint raises issues and claims under the laws of the United States. Specifically, the Plaintiff alleges a claim arising under the 5th Amendment of the Constitution and whether the Fannie Mae is violating United States "Anti-Trust laws". *See* Compl. at p. 7.

---

[1] Plaintiff purports to have served Fannie Mae on February 25, 2025 through service on Rubin Lublin, LLC. Rubin Lublin, LLC is not an agent authorized to accept service for Fannie Mae and Fannie Mae that this is proper service. Further the Return of Service states on its face that Rubin Lublin, LLC is "not accepting [service] as they are not notated on the summons nor a defendant for the case."

Fannie Mae Confidential

6. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §§ 1367(a). This Court possesses "supplemental jurisdiction over all state law claims which arise out of a common nucleus of operative fact with a substantial federal claim." *Parker v. Scrap Metal Processors, Inc.*, 468 F.3d 733, 742-43 (11tth Cir. 2006) (citation omitted).

7. The Plaintiff's state law claims may be construed as counts for breach of contract and declaratory judgment. The federal claims under the 5th amendment and anti-trust laws all arise out of the same set of facts concerning the security deed encumbering real property at 5530 Campbellton Road SW, Atlanta, Georgia 30331 (the "Property"). *See generally,* Compl. (same set of facts relate to all claims). Because the state law claims arise from the same nucleus of operative fact as the federal claims, this Court can properly exercise supplemental jurisdiction over the state law claims at issue.

## DIVERSITY JURISDICTION

8. In addition to possessing federal question jurisdiction, this Court also has diversity jurisdiction under 28 U.S.C. § 1332.

9. The Plaintiff is a resident and citizen of Georgia. *See* Compl. at ¶ 1. As such, the Plaintiff is a citizen of Georgia for purposes of diversity jurisdiction.

10. Fannie Mae is a federally chartered corporation established pursuant to 12 U.S.C. § 1717(a)(1). For purposes of diversity jurisdiction, Fannie Mae

3

Fannie Mae Confidential

maintains its principal office in Washington, DC and is statutorily deemed a resident thereof pursuant to 12 U.S.C. § 1717(a)(1).

11. In the Complaint, the Plaintiff seeks a declaration concerning Fannie Mae's authority to foreclose and to alter the terms of a Security Deed encumbering the Property. With respect to a foreclosure sale, the property value determines the amount in controversy. *See Stabb v. GMAC Mortg., LLC*, No. 1:13-CV-00719-RLV, 2013 WL 12120434, at *1 (N.D. Ga. May 14, 2013)

12. Plaintiff alleges the Property is worth "$12 million based on current market conditions of the area at $300 per square foot." *See* Compl. at ¶ f.

13. Plaintiff also states he obtained a loan on the Property for $305,550.00 on February 13, 2025 – secured by the Security Deed at issue in this case. *See* Compl. at ¶ 1.

14. When looking at either the Property value or the amount of the contract, the amount in controversy exceeds $75,000.00.

15. Since this suit is between citizens of different states and the amount in controversy exceeds $75,000.00, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

16. By filing this Notice of Removal, Fannie Mae does not waive any of their jurisdictional objections or affirmative defenses.

Fannie Mae Confidential

WHEREFORE, Fannie Mae prays that the State Court Action proceed in this Court as an action properly removed, and that no further proceedings be had in said State Court Action.

Respectfully submitted, this 26th day of March, 2025

/s/ *Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
PATTY WHITEHEAD (GA Bar No. 258296)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(770) 246-3349 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
pwhitehead@rlselaw.com

*Attorneys for Fannie Mae*

Fannie Mae Confidential

## **FONT CERTIFICATION**

The undersigned hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(C).

This 26th day of March, 2025.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

Fannie Mae Confidential

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 26th day of March, 2025, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Corbin Leroy Young
5530 Campbellton Road
South Fulton, GA 30331

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

Fannie Mae Confidential